UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| Raymond Wayne Link<br>   Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC<br>Experian Information Solutions, Inc.<br>Virginia Credit Union<br><br><br>   Defendants | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | 3:24-CV-328<br><br>**JURY DEMANDED** |

Proposed Summonses

Plaintiffs attach proposed summonses for

1. Equifax Information Services, LLC

2. Experian Information Solutions, Inc.

3. Virginia Credit Union

                                              **Raymond Wayne Link**

                                              /s/ Jason M. Krumbein, Esq.
                                              Jason M. Krumbein, Esq. VSB#43538
                                              JKrumbein@KrumbeinLaw.com (e-mail)
                                              Counsel for Plaintiff
                                              1650 Willow Lawn Drive, Suite 201
                                              Richmond, VA 23230
                                              804.592.0792
                                              804.823.2565 (fax)

---

Jason M. Krumbein, Esq. VSB#43538
Counsel for Mark & Wanda January
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)