**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **RAYMOND WAYNE LINK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 3:24-cv-00328 |
| ) | |
| **EQUIFAX INFORMATION SERVICES,** ) | |
| **LLC,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**CONSENT MOTION FOR EXTENSION OF DEADLINE**
**FOR VIRGINIA CREDIT UNION, INC. TO RESPOND TO COMPLAINT**

Defendant Virginia Credit Union, Inc. ("Virginia Credit Union"), by counsel, pursuant to Federal Rule of Civil Procedure Rule 6(b) and Local Rule 7(F), hereby moves this Court for an extension of its deadline to respond to Plaintiff's Complaint. In support of this Motion, Virginia Credit Union states as follows:

1. Plaintiff filed his Complaint in this matter on May 9, 2024.

2. Virginia Credit Union received service of the Complaint on May 20, 2024, making its responsive pleadings due on June 10, 2024.

3. The undersigned counsel was recently retained to represent Virginia Credit Union in this matter and needs additional time to investigate the claims against Virginia Credit Union and to review pertinent information prior to filing responsive pleadings.

4. The undersigned counsel has communicated with Plaintiff's counsel, who has agreed to consent to this Motion to extend Virginia Credit Union's deadline to respond to the Complaint to July 12, 2024.

5. Affording Virginia Credit Union the requested extension of time to respond to Plaintiff's Complaint will not prejudice any of the parties and will be in the interest of justice.

WHEREFORE, Virginia Credit Union, Inc., by counsel, respectfully requests that the Court enter the attached proposed Order extending the deadline for Virginia Credit Union, Inc. to file its answer, motion, or other response to the Complaint to July 12, 2024.

Dated: May 28, 2024

Respectfully submitted,

**VIRGINIA CREDIT UNION, INC.**

By: /s/ J.P. McGuire Boyd, Jr.
J.P. McGuire Boyd, Jr. (VSB No. 72753)
WILLIAMS MULLEN
P. O. Box 1320
Richmond, Virginia 23218-1320
Telephone: 804.420.6927
Email: mboyd@williamsmullen.com
*Counsel for Virginia Credit Union, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and caused a true copy of the filing to be sent to:

Jason Meyer Krumbein, Esq.
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
Telephone: 804-592-0792
Email: jkrumbein@krumbeinlaw.com
*Counsel for Plaintiff*

EQUIFAX INFORMATION SERVICES, LLC
c/o Corporation Service Company, Registered Agent
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

EXPERIAN INFORMATION SOLUTIONS, INC.,
c/o David N. Anthony, Registered Agent
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219

    By: /s/ J.P. McGuire Boyd, Jr.
    J.P. McGuire Boyd, Jr. (VSB No. 72753)
    WILLIAMS MULLEN
    P. O. Box 1320
    Richmond, Virginia 23218-1320
    Telephone: 804.420.6927
    Email: mboyd@williamsmullen.com
    *Counsel for Virginia Credit Union, Inc.*

105315722.1