**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **RAYMOND WAYNE LINK,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 3:24-cv-00328 |
| ) | |
| **EQUIFAX INFORMATION SERVICES,** ) | |
| **LLC,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Upon consideration of the Consent Motion for Extension of Time for Defendant Virginia Credit Union, Inc. to Respond to Plaintiff's Complaint ("Consent Motion"), and for good cause shown, it is hereby ORDERED that:

1. The Consent Motion is GRANTED; and

2. The time for Defendant Virginia Credit Union, Inc. to file its answer, motion or other response to Plaintiff's Complaint is extended to and including July 12, 2024.

Dated: _____         _____
                                              U.S. District Judge M. Hannah Lauck