**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| **RAYMOND WAYNE LINK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:24-cv-00328 |
| | ) |
| **EQUIFAX INFORMATION SERVICES, LLC,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Virginia Credit Union, Inc. ("Virginia Credit Union") in the above captioned action certifies that Virginia Credit Union has no parents, trust, subsidiaries and/or affiliates that have issued shares or debt securities to the public.

Dated: May 28, 2024    Respectfully submitted,

**VIRGINIA CREDIT UNION, INC.**

By: /s/ J.P. McGuire Boyd, Jr.
J.P. McGuire Boyd, Jr. (VSB No. 72753)
WILLIAMS MULLEN
P. O. Box 1320
Richmond, Virginia 23218-1320
Telephone: 804.420.6927
Email: mboyd@williamsmullen.com
*Counsel for Virginia Credit Union, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and caused a true copy of the filing to be sent to:

Jason Meyer Krumbein, Esq.
Krumbein Consumer Legal Services Inc.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
Telephone: 804-592-0792
Email: jkrumbein@krumbeinlaw.com
*Counsel for Plaintiff*

EQUIFAX INFORMATION SERVICES, LLC
c/o Corporation Service Company, Registered Agent
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

EXPERIAN INFORMATION SOLUTIONS, INC.,
c/o David N. Anthony, Registered Agent
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219

By: /s/ J.P. McGuire Boyd, Jr.
J.P. McGuire Boyd, Jr. (VSB No. 72753)
WILLIAMS MULLEN
P. O. Box 1320
Richmond, Virginia 23218-1320
Telephone: 804.420.6927
Email: mboyd@williamsmullen.com
*Counsel for Virginia Credit Union, Inc.*

105315834.1