IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAYMOND WAYNE LINK,**

      **Plaintiff,**

v.                                      Civil Action No. 3:24-cv-00328

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.*,

      **Defendants.**

## ORDER

This matter comes before the Court on Defendant Virginia Credit Union, Inc.'s ("Virginia Credit Union") Consent Motion for Extension of Deadline for Virginia Credit Union, Inc. to Respond to Complaint (the "Motion"). (ECF No. 4.) In the Motion, Virginia Credit Union requests that the Court extend its deadline to respond to Plaintiff's Complaint from June 10, 2024 to July 12, 2024. (ECF No. 4, at 1.) In support of this request, Virginia Credit Union explains that its "counsel was recently retained . . . and needs additional time to investigate the claims against Virginia Credit Union and to review pertinent information prior to filing responsive pleadings." (ECF No. 4, at 1.) Virginia Credit Union avers that Plaintiff's counsel "has agreed to consent to this Motion." (ECF No. 4, at 1.)

Upon due consideration, pursuant to Federal Rule of Civil Procedure 6(b),[1] and for good cause shown, the Court GRANTS the Motion. (ECF No. 4.) Virginia Credit Union SHALL file its response to Plaintiff's Complaint by July 12, 2024.

It is SO ORDERED.

Date: 5/29/24　　　　　　　　　　　　　　　　　　／s／
Richmond, Virginia　　　　　　　　　　　　　　M. Hannah Lauck
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Federal Rule of Civil Procedure 6(b) states, in relevant part:

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

(A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

Fed. R. Civ. P. 6(b)(1).