# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| RAYMOND WAYNE LINK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND VIRGINIA CREDIT UNION,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-00328-MHL |

## PROPOSED ORDER

Having reviewed the Consent Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint, and good cause appearing, it is hereby

**ORDERED AND ADJUDGED** that the Consent Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint be granted, and that Defendant Equifax Information Services LLC shall have up to and including July 5, 2024 to respond to Plaintiff's Complaint.

DONE AND ORDERED in Chambers at Richmond, Virginia this _____ day of _____ 2024.

_____
United States District Judge