IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAYMOND WAYNE LINK,**

    **Plaintiff,**

v.                                           Civil Action No. 3:24-cv-00328

**EQUIFAX CREDIT INFORMATION
SERVICES, LLC,** *et al.*,
    **Defendants.**

## ORDER

This matter comes before the Court on Defendant Equifax Information Services LLC's ("Equifax") Consent Motion for Extension of Time for Defendant Equifax Information Services LLC to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion"). (ECF No. 10.) In the Motion, Equifax asks the Court to extend its deadline to respond to Plaintiff's Complaint from June 5, 2024 to July 5, 2024. (ECF No. 10, at 1–2.) In support of this request, Equifax states that it "require[s] additional time to investigate and respond to the allegations and claims made by Plaintiff." (ECF No. 10, at 1.) Equifax further states that "the Parties anticipate discussing settlement prior to Equifax filing its Answer." (ECF No. 10, at 1–2.) Plaintiff consents to the requested extension. (ECF No. 12, at 1.)

Upon due consideration, pursuant to Federal Rule of Civil Procedure 6(b),[1] and for good

---

[1] Federal Rule of Civil Procedure 6(b) states, in relevant part:

(1) *In General.* When an act may or must be done within a specified time, the court may, for good cause, extend the time:

    (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]

Fed. R. Civ. P. 6(b)(1).

cause shown, the Court GRANTS the Motion. (ECF No. 10.) Equifax SHALL file its response to Plaintiff's Complaint by July 5, 2024.

It is SO ORDERED.

Date: 6/6/24
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge