AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Raymond Wayne Link <br><br> *Plaintiff(s)* <br> v. <br> Equifax Information Services, LLC et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:24-cv-328 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Experian Information Solutions, Inc
r/a CT Corporation System
4701 Cox Rd. Suite 285
Glen Allen, VA 23060

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jason M. Krumbein
Krumbein Consumer Legal Services, Inc.
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/31/2024

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv- 328

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __SAME AS FRONT__
was received by me on *(date)* __6-4-24__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lauren Phillips, per affidavit__, who is
designated by law to accept service of process on behalf of *(name of organization)* __SAME AS FRONT__
_____ on *(date)* __6-4-24__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6-4-24__      _____
                     *Server's signature*

                     __Thomas L. Marston PPS__
                     *Printed name and title*

                     The Marston Agency, Inc.
                     11535 Nuckols Road, Suite A
                     Glen Allen, VA 23059
                     *Server's address*

Additional information regarding attempted service, etc:



**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

05/31/24

**RETURN ON SERVICE**

| | | | |
|---|---|---|---|
| **Plaintiff:** | Raymond Wayne Link | **Court:** | United States District Court |
| **Defendant:** | Equifax Information Services, LLC, et al. | **Case:** | 3:24-cv-328 |
| **Serve:** | Experian Information Solutions, Inc.<br>4701 Cox Road, Suite 285<br>CT Corporation System<br>Glen Allen, VA 23060 | **Return Date:**<br>**Time:** | |
| **Contact:** | Jason M. Krumbein<br>1650 Willow Lawn Dr, Ste 201<br>Richmond, VA 23230 | **Phone:**<br>**Reference:** | 8045920792 |

**Type(s) of Writ(s)**                                                          paper:3782596
Summons in a Civil Action     Complaint

Witness/Defendant Experian Information Solutions, Inc. was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _Marston_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: __6-4-24__     Served Time: __0930__

Signature of Process Server

**Notary**
State of: Virginia         County/City of: Henrico, VA Beach, Prince William, Rockingham.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this __4__ day of May/Jun 20__24__
Notary Public:

| Type of Service: A | Auth Attempts: 1 | Order: 882081 | Same Day Rush: No | 1 Day Rush: No | 2 Day Rush: No |
|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**



Lauren Phillips, per affidavit

