UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAYMOND WAYNE LINK,**

    Plaintiff,

v.                                     Civil Action No. 3:24-cv-00328-MHL

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.*,

    **Defendants.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of H. Scott Kelly on behalf of Defendant Experian Information Solutions, Inc. as counsel herein for all purposes in this matter.

Dated: August 5, 2024          By: */s/ H. Scott Kelly*
                                          H. Scott Kelly
                                          Virginia State Bar No. 80546
                                          TROUTMAN PEPPER HAMILTON SANDERS LLP
                                          1001 Haxall Point
                                          Richmond, VA 23219
                                          Telephone: (804) 697-2202
                                          Facsimile: (804) 697-1339
                                          Email: scott.kelly@troutman.com

                                          *Counsel for Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2024, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ H. Scott Kelly*
H. Scott Kelly
Virginia State Bar No. 80546
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
Telephone: (804) 697-2202
Facsimile: (804) 697-1339
Email: scott.kelly@troutman.com

*Counsel for Experian Information Solutions, Inc.*