**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**RAYMOND WAYNE LINK,**

    **Plaintiff,**

v.                                             **Civil Action No. 3:24-cv-00328-MHL**

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.,*

    **Defendants.**

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**STATEMENT REGARDING MAGISTRATE JUDGE JURISDICTION**

    Defendant Experian Information Solutions, Inc. ("Experian"), pursuant to this Court's July 26, 2024 Order [Docket No. 20], hereby informs the Court that Experian declines assignment of the case to a Magistrate Judge as the presiding judicial officer.

Dated: August 9, 2024               **EXPERIAN INFORMATION SOLUTIONS, INC.**

                                                              By: */s/ David N. Anthony*
                                                                   David N. Anthony
                                                                   Virginia State Bar No. 31696
                                                                   *Counsel for Experian Information Solutions, Inc.*
                                                                   TROUTMAN PEPPER HAMILTON
                                                                   SANDERS LLP
                                                                   1001 Haxall Point
                                                                   Richmond, VA 23219
                                                                   Telephone: (804) 697-5410
                                                                   Facsimile: (804) 698-5118
                                                                   E-mail: david.anthony@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August 2024, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                /s/ David N. Anthony
                David N. Anthony
                Virginia State Bar No. 31696
                *Counsel for Experian Information Solutions, Inc.*
                TROUTMAN PEPPER HAMILTON SANDERS LLP
                1001 Haxall Point
                Richmond, VA 23219
                Telephone: (804) 697-5410
                Facsimile: (804) 698-5118
                Email: david.anthony@troutman.com