**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| RAYMOND WAYNE LINK,<br><br>        Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>AND VIRGINIA CREDIT UNION,<br><br>        Defendants. | Case No. 3:24-cv-00328-MHL |

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S
STATEMENT REGARDING MAGISTRATE JUDGE JURISDICTION**

Defendant, Equifax Information Services, LLC ("Equifax"), pursuant to this Court's July 26, 2024 Order [Docket No. 20], hereby informs the Court that Equifax declines assignment of the case to a Magistrate Judge as the presiding judicial officer.

                                            **EQUIFAX INFORMATION SERVICES, LLC**

                                            */s/ John W. Montgomery, Jr.*
                                            John W. Montgomery, Jr.
                                            Virginia State Bar No. 37149
                                            Counsel for Equifax Information Services, LLC
                                            Traylor, Montgomery & Elliott, PC
                                            130 E. Wythe Street,
                                            Petersburg, VA 23803
                                            Telephone: (804) 861-1122
                                            Facsimile: (804) 733-6022
                                            Email: jmontgomery@tmande.com

**CERTIFICATE**

I hereby certify that on the 12th day of August, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice (NEF) to all parties.

                                             */s/ John W. Montgomery, Jr.*
                                             John W. Montgomery, Jr.
                                             Virginia State Bar No. 37149
                                             Counsel for Equifax Information Services, LLC
                                             Traylor, Montgomery & Elliott, PC
                                             130 E. Wythe Street,
                                             Petersburg, VA 23803
                                             Telephone: (804) 861-1122
                                             Facsimile: (804) 733-6022
                                             Email: jmontgomery@tmande.com