UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| Raymond Wayne Link <br>   Plaintiff <br><br> v. <br><br> Equifax Information Services, LLC <br> Experian Information Solutions, Inc. <br> Virginia Credit Union <br>   Defendants | ] ] ] ] ] ] ] ] ] | Case#: 3:24-CV-328 <br><br> **JURY DEMANDED** |

## STIPULATION OF DISMISSAL AS TO VIRGINIA CREDIT UNION, Inc

COMES NOW the plaintiff, by counsel, and VIRGINIA CREDIT UNION, Inc and STIPULATES that this matter is DISMISSED WITH PREJUDICE as to Virginia Credit Union, Inc pursuant to FRCP 41(A)(1)(a)(ii).  Each party shall bear its own costs and expenses.

**Dominique J. Walden**

 /s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

**Virginia Credit Union**

 /s/ J. P. McGuire Boyd, Esq.
J.P. McGuire Boyd, Esq. VSB#72753
MBoyd@WilliamsMullen.com (email)
Counsel for Virginia Credit Union, Inc
Williams Mullen
P.O. Box 1320
Richmond, VA 23218-1320
804.420.6927

**SO ORDERED**

/s/
M. Hannah Lauck
United States District Judge

8/13/24

Jason M. Krumbein, Esq. VSB#43538
Counsel for Raymond Wayne Link
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)

CERTIFICATE OF SERVICE

I hereby certify that on this 6 August 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**John W. Montgomery, Esq.**
**Counsel for Equifax Information Services, LLC**

**David N. Anthony. Esq.**
**Harrison Scott Kelly, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**J.P. McGuire Boyd, Esq.**
**Counsel for Virginia Credit Unions, Inc.**

And to the following non-filing users:

NONE

_/s/ Jason M. Krumbein, Esq._
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

Jason M. Krumbein, Esq. VSB#43538
Counsel for Raymond Wayne Link
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)
JKrumbein@KrumbeinLaw.com (e-mail)