UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

Raymond Wayne Link

    Plaintiff                                    Case # 3:24-cv-328-MHL

v.

Equifax Information Services, LLC et al

    Defendants

### MOTION TO RESCHEDULE OR IN THE ALTERNATIVE PERMIT APPEARANCE BY PHONE

Comes now the plaintiff by counsel, and says as follows:

Counsel has a personal conflict with the date the court has set for the initial pretrial conference.

Counsel requests that the court either reschedule the initial pretrial conference or permit counsel to appear by phone.

                                        RAYMOND WAYNE LINK

                                        __/s/ Jason M. Krumbein_
                                        Jason M. Krumbein, Esq. VSB#43538
                                        Krumbein Consumer Legal Services
                                        1650 Willow Lawn Dr. Suite 201
                                        Richmond, VA 23230
                                        804-592-0792
                                        804-823-2565 (fax)
                                        JKrumbein@KrumbeinLaw.com email

CERTIFICATE OF SERVICE

I certified that I filed the foregoing on this August 19, 2024 by ECF, which will send notice to all other counsel.

David N. Anthony, Esq.
Counsel for Experian Information Solutions, Inc

John W. Montgomery, Esq.
Counsel for Equifax Information Services, LLC

J.P. McGuire Boyd, Esq.
Counsel for Virginia Credit Union (terminated party)

   */s/ Jason M. Krumbein*
Jason M. Krumbein, Esq. VSB#43538
Krumbein Consumer Legal Services
1650 Willow Lawn Dr. Suite 201
Richmond, VA 23230
804-592-0792
804-823-2565 (fax)
JKrumbein@KrumbeinLaw.com email