IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAYMOND WAYNE LINK,**

      **Plaintiff,**

v.                                          Civil Action No. 3:24-cv-00328

**EQUIFAX CREDIT INFORMATION
SERVICES, LLC,** *et al.,*
      **Defendants.**

## ORDER

This matter comes before the Court on Plaintiff Raymond Wayne Link's Motion to Reschedule or in the Alternative Permit Appearance by Phone (the "Motion"). (ECF No. 26.) In the Motion, Mr. Link's counsel, Jason M. Krumbein, "requests that the [C]ourt either reschedule the initial pretrial conference or permit counsel to appear by phone." (ECF No. 26, at 1.) In support of this request, Mr. Krumbein states that he "has a personal conflict with the date the [C]ourt has set for the initial pretrial conference." (ECF No. 26, at 1.)

Upon due consideration, and for good cause shown, the Court GRANTS the Motion. (ECF No. 26.) Mr. Krumbein may appear via telephone at the Initial Pretrial Conference scheduled for August 27, 2024 at 12:30 p.m.

It is SO ORDERED.

Date: 8/20/24
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge