IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

---

Case No.:   3:24cv328                    Date: August 27, 2024
Judge: M. Hannah Lauck                   Court Reporter: Ruth Levy

## INITIAL PRETRIAL CONFERENCE

Attorneys Present:
- ★ Plaintiff
  - *Raymond Wayne Link*
    - ☒ Jason Krumbein (by phone)
- ★ Defendant
  - *Equifax Credit Information Services, LLC*
    - ☒ John Montgomery, Jr.
  - *Experian Information Solutions, Inc.*
    - ☒ Harrison Scott Kelly

FPTC Date:   2/18/2025   ☐ 11:00 a.m.   ☒ 2:00 p.m.   ☐ NOT Scheduled

Jury Selection Date:   3/3/2025

Trial Date:   3/4/2025   for   2 days

Type:        ☐ Bench Trial    ☒ Jury Trial

Magistrate Referral:     ☒ Speight    ☐ Colombell    ☐ Private Mediator

---

Begin:   12:30 p.m.     End: 12:40 p.m.     Total: 10 minutes