IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

RAYMOND WAYNE LINK,

    Plaintiff,

v.                                      Civil Action No. 3:24-cv-00328

EQUIFAX CREDIT INFORMATION
SERVICES, LLC, *et al.*,

    Defendants.

## ORDER

It is hereby ORDERED that the settlement conference and proceedings are referred to United States Magistrate Judge Summer L. Speight. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Summer L. Speight within five (5) days of the date of this Order to schedule the conference, which should occur at least thirty (30) days before the start of the trial and at such time as Magistrate Judge Speight shall approve. Counsel shall abide by whatever further instructions or requirements may be imposed by Magistrate Judge Speight.

Let the Clerk send a copy of this Order to Magistrate Judge Speight and all counsel of record.

It is SO ORDERED.

Date: 8/28/24
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge