**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**RAYMOND WAYNE LINK,**

    **Plaintiff,**

v.                                                                 Civil Action No. 3:24-cv-00328-MHL

**EQUIFAX INFORMATION SERVICES, LLC**, *et al.*,

    **Defendants.**

**NOTICE OF SETTLEMENT AS TO**
**EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Plaintiff, by counsel, and gives notice to the Court and all parties that Plaintiff and Experian Information Solutions, Inc have reached a settlement and will submit a proposed dismissal order within 21 days.

Dated: October 25, 2024                              **RAYMOND WAYNE LINK**

                                                             */s/ Jason M. Krumbein, Esq.*
                                                             Jason M. Krumbein, Esq. VSB#43538
                                                             1650 Willow Lawn Drive, Suite 201
                                                             Richmond, VA 23230
                                                             Telephone: 804-592-0792
                                                             Facsimile: 804- 823- 2565
                                                             Email: JKrumbein@KrumbeinLaw.com

                                                             *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October 2024, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

> */s/ Jason M. Krumbein, Esq.*
> Jason M. Krumbein, Esq. VSB#43538