UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**RAYMOND WAYNE LINK,**

    **Plaintiff,**

v.                                           Civil Action No. 3:24-cv-00328-MHL

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.*,

    **Defendants.**

## NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC.

COMES NOW Plaintiff, by counsel, and gives notice to the Court and all parties that Plaintiff and Equifax Information Services, LLC have reached a settlement and will submit a proposed dismissal order within 21 days.

Dated: October 29, 2024                          **RAYMOND WAYNE LINK**

                                                             */s/ Jason M. Krumbein, Esq.*
                                                             Jason M. Krumbein, Esq. VSB#43538
                                                             1650 Willow Lawn Drive, Suite 201
                                                             Richmond, VA 23230
                                                             Telephone: 804-592-0792
                                                             Facsimile: 804- 823- 2565
                                                             Email: JKrumbein@KrumbeinLaw.com

                                                             *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of October 2024, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Jason M. Krumbein, Esq.*
Jason M. Krumbein, Esq. VSB#43538
