UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| Raymond Wayne Link<br>  Plaintiff<br><br>v.<br><br>Equifax Information Services, LLC<br>Experian Information Solutions, Inc.<br>Virginia Credit Union<br>  Defendants | Case#: 3:24-CV-328<br><br>**JURY DEMANDED** |

## STIPULATION OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC

COMES NOW the plaintiff, by counsel, and Equifax Information Services, LLC and Experian Information Solutions, Inc and STIPULATES that this matter is DISMISSED WITH PREJUDICE as to the remaining defendants pursuant to FRCP 41(A)(1)(a)(ii). Each party shall bear its own costs and expenses.

Dominique J. Walden

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)

Equifax Information Solutions, LLC

/s/ John W. Montgomery, Jr. Esq.
John W. Montgomery, Jr, Esq. VSB#37149
JMontgomery@TMandE.com (e-mail)
Counsel for Equifax Information Solutions, LLC
Traylor, Montgomery & Elliot, PC
130 E. Wythe St.
Petersburg, VA 23803
804-861-1122
804-733-6022 (fax)

SO ORDERED

/s/
M. Hannah Lauck
United States District Judge

12/17/24

Experian Information Solutions, Inc.
/s/ David N. Anthony, Esq.
David N. Anthony, Esq. VSB#31696
David.Anthony@Troutman.com (email)
Counsel for Experian Information Solutions, Inc
Troutman Pepper Hamilton Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
804-697-5410
804-698-5118 (fax)

CERTIFICATE OF SERVICE

I hereby certify that on this 14 December 2024 I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**John W. Montgomery, Esq.**
**Counsel for Equifax Information Services, LLC**

**David N. Anthony. Esq.**
**Harrison Scott Kelly, Esq.**
**Counsel for Experian Information Solutions, Inc.**

**J.P. McGuire Boyd, Esq.**
**Counsel for Virginia Credit Unions, Inc.**

And to the following non-filing users:

NONE

/s/ Jason M. Krumbein, Esq.
Jason M. Krumbein, Esq. VSB#43538
JKrumbein@KrumbeinLaw.com (e-mail)
Counsel for Plaintiff
1650 Willow Lawn Drive, Suite 201
Richmond, VA 23230
804.592.0792
804.823.2565 (fax)